**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Brandon Andres Montes Riano,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV-26-03866-PHX-JJT (CDB)

**ORDER**

Upon review of the parties' Stipulation of Dismissal without Prejudice (Doc. 22), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 22). The above-entitled matter is hereby dismissed without prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 4th day of September, 2026.

Honorable John J. Tuchi
United States District Judge